I/S 21 Days

FILED
3/6/14
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

OMAR SHAKUR

408 S. PACIFIC AVENUE

GLENDALE, CA 91204

(818) 392 9731

LODGED
2014 FEB 28 PM 1:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR SHAKUR )  Case No. CV14-1527 MMM(MRWx)
             )
   Plaintiff,)  **COMPLAINT FOR:**
             )
    VS.      )  FAIR DEBT COLLECTION
             )
EOS CCA      )  FAIR CREDIT
             )  REPORTING ACT
             )
             )  ROSENTHAL ACT
             )
             )
             )
             )  **Jury Trial Demanded:** Yes
**DEFENDANT(S).** )
             )

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331, 1337

1

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Omar Shakur Plaintiff resided at: 408 S. Pacific Ave. Glendale, California 91204. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4. Defendant: EOS CCA is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV. STATEMENT OF FACTS

5. Comes now Omar Shakur who does hereby file this complaint for damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA) based upon defendant(s) violations of the Fair Debt Collection Practices Act, Rosenthal Act and Fair Credit Reporting Act.

6. Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the report. Plaintiff found after examination of his Experian, Transunion consumer credit reports that defendant EOS CCA had obtained Plaintiff consumer credit reports on August 21, 2013 and has continuously reported to date.

7. Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

8. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

9. The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for

which a person may obtain a consumer credit report. As to the Defendant first inquiry pull, the Plaintiff is/ was not at any given time involved in the any related underlying credit transaction. Plaintiff has not at any given time initiated the any transaction, nor has Plaintiff participated in the any transaction in writing or otherwise.

10. Defendants regularly engaged as furnishers of consumers Experian, Transunion, credit file, such permissible purposes as defined by 15 U.S.C.§ 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafide offer of credit as a result of the inquiry.

11. Plaintiff has never had any business dealings or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafide offer of credit from the defendant that constitute a any contract

12. On August 21, 2013 Defendant EOS CCA obtained the plaintiff consumer credit reports without consent in violation of the FCRA 15 U.S.C. sec. 1681b. Defendant failure to conduct an investigation properly of the November 22, 2013 dispute from the Experian, Transunion credit Bureau and take any remedial actions of the November 22, 2013 reinvestigation procedure

4

under § 1681s-2(b) after notification of Plaintiff dispute; Said actions by defendant holds liable in favor to Plaintiff reward/relief damages as a matter of law plaintiff Experian & Transunion, record thereby reducing plaintiff credit score, and loss of societal pleasures.

13. On December 1, 2013, and February 22, 2014 Plaintiff sent via United States Postal Service Certified Mail a letter requesting formal debt validation/ illegal inquiry pull. This was in an effort to mitigate damages in obtaining Plaintiff's credit report before taking civil action in accordance with (FDCPA) 15 U.S.C. sec. 1692g,. Plaintiff notice included defendants violations of the (FCRA)15 U.S.C. sec. 1681b. A

14. On March 03, 2014 Plaintiff has received no correspondence to said notices sent to Defendant. The actions of the Defendant obtaining consumer credit report with no validation for permissible purposes or contract bearing signature between defendant and plaintiff consent, are clear and willful violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against Plaintiff's right to privacy.

15. Plaintiff disputed with (3) credit reporting agency's from the month of September 2013 and February 2014. Defendant at no time has communicated

with Plaintiff what justification they may have had by obtaining Plaintiff credit profile. Plaintiff have given ample opportunity for Defendant to justify their action, the December 1, 2013 sent letter the February 22, 2014 second notice letter upon 10 day response. Defendant has failed to respond to said notice.

16. Plaintiff discovery of violations brought forth herein occurred in August 2013 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 U.S.C. sec. 1692k (d).

## V.  CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** EOS CCA.

17. Plaintiff re-alleges and incorporates paragraphs 5-16. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) EOS CCA are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

18. Plaintiff re-alleges and incorporates paragraph 5-16. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: EOS CCA violated

15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

19. Plaintiff re-alleges and incorporates paragraph 5-16. EOS CCA violated 15 U.S.C. sec. 1692d by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** EOS CCA

20. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). EOS CCA is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

21. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull

plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act

reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

22. Plaintiff re-alleges and incorporates paragraph 5-16. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: EOS CCA willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

### THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: EOS CCA

23. Plaintiff re-alleges and incorporates paragraph 5 -16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). EOS CCA is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

24. Plaintiff re-alleges and incorporates paragraph 5-16. EOS CCA willful procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested.

8

25. Plaintiff re-alleges and incorporates paragraph 5-16. EOS CCA without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

## V.  REQUEST FOR RELIEF

29. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

30. That this court grants judgement against defendant for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost 4.) Any relief as court see fit.

9

31. That this court grants judgment against Defendants for: Third claim for relief 1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o $1,000.00 3.) court fees and cost. 4.) Any relief as court sees fit.

Date: 2/28/2014

Sign: *(signature)*

Print Name: Omar Shakur

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 2/28/2014

Sign: *(signature)*

Print Name: Omar Shakur

10

```
              GRIFFITH STATION
              LOS ANGELES, California
                   900399998
                 0545300039 -0097
11/22/2013                            10:44:36 AM
                 (800)275-8777
_____
                   Sales Receipt
Product           Sale   Unit        Final
Description       Qty    Price       Price

ATLANTA GA 30374 Zone-8              $0.46
First-Class Mail Letter
 0.80 oz.
 Scheduled Delivery Day: Mon 11/25/13
 @@ Certified                        $3.10
 Label #:         70111150000118863777
                                     ========
   Issue PVI:                        $3.56

ALLEN TX 75013 Zone-6                $0.46
First-Class Mail Letter
 0.90 oz.
 Scheduled Delivery Day: Mon 11/25/13
 @@ Certified                        $3.10
 Label #:         70111150000118863753
                                     ========
   Issue PVI:                        $3.56

CRUM LYNNE PA 19022 Zone-8           $0.46
First-Class Mail Letter
 0.90 oz.
 Scheduled Delivery Day: Mon 11/25/13
 @@ Certified                        $3.10
 Label #:         70111150000118863746
                                     ========
   Issue PVI:                        $3.56
                                     _____
Total:                               $10.68

Paid by:
Debit Card                           $10.68
   Account #:     XXXXXXXXXXXX9874
   Approval #:    154745
   Transaction #: 243
23 903200400
   Receipt#:      004575

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*************************************
*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*************************************
*************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at
```



Certified Mail Receipts:

1. Sent To: EXPERIAN, P.O. Box 2002, Allen TX 75013 — Postage $0.46, Certified Fee $3.10, Total $3.56, Postmark NOV 22 2013, Label 7011 1150 0001 1886 3753

2. Sent To: TRANSUNION, P.O. Box 2000, Chester PA 19022-2000 — Postage $0.46, Certified Fee $3.10, Total $3.56, Postmark NOV 22 2013, Label 7011 1150 0001 1886 3746

3. Sent To: EQUIFAX, P.O. Box 740256, Atlanta GA 30374-0256 — Postage $0.46, Certified Fee $3.10, Total $3.56, Postmark NOV 22 2013, Label 7011 1150 0001 1886 3777

*Copy*

Omar Shakur
408 S.Pacific Avenue
Glendale, Ca [91204]
818 392 9731

Certified mail # 7011 1150 0001 1888 6707

EOS CCA
700 LONGWATER DRIVE
NORWELL, MA 02061

DECEMBER 1, 2013

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently received a copy of my credit report. The credit report showed a credit inquiry 08/21/2013 by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,

*Omar Shakur*
(without prejudice)

Certified Mail # 7011 1150 0001 1886 4941

Omar Shakur
408 S.Pacific Avenue
Glendale, Ca [91204]
818 392 9731

EOS CCA
700 LONGWATER DRIVE
NORWELL, MA 02061

FEBRUARY 1, 2013

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I have previously sent you a request to validate the unauthorized credit pull inquiry on August 21, 2013 under the Fair Credit Reporting Act also Fair Debt Collection Practices Act and I have yet to hear from you regarding this matter. I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,

Omar Shakur
(without prejudice)



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Omar Shakur

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

408 S. Pacific Ave
Glendale, CA 91204
(818) 392-9731

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [ ] **MONEY DEMANDED IN COMPLAINT:** $ 85,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Cal Civ. FCRA, FDCPA violations

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** [ ] 463 Alien Detainee | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 510 Motions to Vacate Sentence | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | [ ] 370 Other Fraud | **Other:** | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influ-enced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Com-modities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | **CIVIL RIGHTS** | [ ] 690 Other | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV14-1527

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)   CIVIL COVER SHEET   Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Norwell, MA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ **DATE:** 2/28/2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |